IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE GREGORY DEWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PA. DEPARTMENT OF CORRECTIONS, MR. JOE KORSNIAK, MR. JOSE BOGGIO, WEXFORD HEALTH SOURCES and MIKE WENEROWICZ | : | NO. 14-3048 |

## O R D E R

**AND NOW**, this 9th day of March, 2015, upon consideration of the Defendants Wexford Health Services, Inc. and Dr. Jose Boggio's Motion to Dismiss Plaintiff's Complaint (Document No. 24) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion as it relates to the defendant Dr. Jose Boggio is **DENIED**;

2. The motion as it relates to the defendant Wexford Health Services, Inc., incorrectly identified by the plaintiff as Wexford Health Sources is **GRANTED**; and

3. The complaint is **DISMISSED** as to the defendant Wexford Health Services, Inc., incorrectly identified by the plaintiff as Wexford Health Sources.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.